## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS' STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF,<br><br>Petitioners,<br><br>v.<br><br>ACCURATE CONSTRUCTION CO.,<br><br>Respondents. | Civil Action No. 08-cv-2352 (PGS)<br><br>**JUDGMENT & ORDER CONFIRMING ARBITRATION AWARD AGAINST ACCURATE CONSTRUCTION CO., INC.** |

**SHERIDAN, U.S.D.J.**

THIS MATTER having come before the Court by Kroll Heineman Giblin, LLC (Michael G. McNally, Esq., appearing) attorneys for Petitioners, and on notice to Respondent who has not entered an appearance, pursuant to a Motion to Confirm an Arbitration Award; and this Court having considered the moving papers of Petitioner, and no objections having been made, and for good and sufficient cause shown;

IT IS on this 8 day of July, 2008,

ORDERED that the Opinion and Award of April 10, 2008 shall be and is hereby confirmed, and it is further

ORDERED that Judgment in the amount of $33,124.45 is entered against Accurate Construction Co., Inc. in accordance therewith.

_____
PETER G. SHERIDAN, U.S.D.J.

7/8/08